838

No. 91-8296. BROWN v. KELLY, MAYOR OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 91-8297. ACOY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 91-8302. SMITH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91-8303. FANNY v. LEVY ET AL. C. A. 3d Cir. Certiorari denied.

No. 91-8304. COLEMAN v. HOFBAUER ET AL. C. A. 6th Cir. Certiorari denied.

No. 91-8307. DANIEL v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91-8308. CARNEY v. JELSEMA ET AL. C. A. 6th Cir. Certiorari denied.

No. 91-8309. PATTERSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91-8311. BEETS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91-8312. BROWNE v. DeMARINO ET AL. C. A. 3d Cir. Certiorari denied.

No. 91-8315. CLARK v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91-8317. TODD v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91-8319. MATTATALL v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 91-8320. ZICHKO v. TAGGART. Sup. Ct. Idaho. Certiorari denied.